CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

JUL 10 2017

JULIA C. DUDLEY, CLERK
BY: /s/
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| MARYANN LaRUE, ) | Civil Action No. 7:17CV00162 |
| Plaintiff, ) | |
| v. ) | **ORDER OF DISMISSAL** |
| MOMS IN MOTION, INC., ) | By: Hon. Glen E. Conrad |
| Defendant. ) | United States District Judge |

The court has before it the plaintiff's notice of voluntary dismissal. It is accordingly

**ORDERED**

that this action shall be, and it hereby is, dismissed with prejudice pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, and this case shall be stricken from the active docket of this court.

The Clerk is hereby directed to send a certified copy of this order to all counsel of record.

Enter this 10th day of July, 2017.

_____
United States District Judge